Núm. 7595.—ROMANÍ, apldo. *v.* EL JURADO DEL HIPÓDROMO QUINTANA y LA COMISIÓN HÍPICA INSULAR, ETC., apltes.—C. D. San Juan. Enero 11, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, siendo la fecha que sirve de punto de partida para contar el término para establecer el recurso de apelación la fecha del archivo de la notificación con los autos, y no apareciendo ésta en la nota de la notificación ni de otro modo, por autoridad de los casos de *Del Rosario v. Ayende,* 33 D.P.R. 770; *Delgado v. Márquez,* 37 D.P.R. 135 y *Rodríguez v. Torres,* 48 D.P.R. 917, *no ha lugar* a la desestimación solicitada.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.

Núm. 6.—WINSHIP, GOBERNADOR, aplte., *v.* ASAMBLEA MUNICIPAL, recurrida.—C. D. Guayama. Marzo 24, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación presentada por la parte recurrida y los alegatos de ambas partes en pro y en contra de dicha moción;

POR CUANTO, el tribunal es de opinión que el caso presenta cuestiones de derecho meritorias que deben ser discutidas ampliamente, *no ha lugar* a la desestimación solicitada.

El Juez Asociado Sr. Córdova Dávila no intervino.